THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM GILHOOLEY, Appellant.

*People* v. *Gilhooley*, 108 App. Div. 234, affirmed.
(Argued January 15, 1907; decided February 1, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1905, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of subornation of perjury.

*Thomas Kelby* and *James W. Ridgway* for appellant.

*William Travers Jerome, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J.